UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| Case No. | CV 01-8541-SVW (PJWx) | Date | February 6, 2004 |
|---|---|---|---|

Title    *MGM, et al. v. Grokster, Ltd., et al.*

Present: The Honorable    Patrick J. Walsh

| Isabel Martinez | N/A | 04-6 (165-5238) |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Jeffrey Blum
Thomas Hentoff
Matt Railo
Russell Frackman

Attorneys Present for Defendant:

Jeffrey Gersh
David B. Casselman
Michael Paige

**Proceedings:**    Telephonic Conference Re: Defendants' Ex Parte Application for Protective Order Regarding Duplicative and Vexatious Discovery Proceedings in Australia

The case is called, and counsel make their appearances. The Court hears oral argument and DENIES Defendant Sharman's Ex Parte Application for Protective Order Regarding Duplicative and Vexatious Discovery Proceedings in Australia.

cc:

All parties

DOCKETED ON CM
FEB 18 2004
BY _____ 062

S:\PJW\Cases-X\MGM\MO_conf call re ds ex parte for prot ord.wpd

                                            1  :  30
                Initials of Preparer

808

CV-90 (12/02)                    CIVIL MINUTES - GENERAL                    Page 1 of 1