# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO-GOLDWYN-MAYER, STUDIOS, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GROKSTER, LTD, et al.,<br><br>    Defendants. | NO. CV 01-8541 SVW (FMOx)<br><br>**ORDER** |

IT IS ORDERED THAT plaintiffs' "Application for Issuance of Letter of Request to the Romanian Ministry of Justice" **(Document No. 906)** is **denied without prejudice**. Plaintiffs' Application was not presented in the form of a Joint Stipulation as required by Local Rule 37-2.1 and plaintiffs did not show cause for such failure. See Local Rule 37-2.4. The parties must comply with Local Rule 37 "[p]rior to the filing of any motion relating to discovery pursuant to F.R.Civ.P. 26-37[.]"[1] Local Rule 37-1.

Dated this 25 day of June, 2004.

Fernando M. Olguin
United States Magistrate Judge

---

[1] Plaintiffs' Application is governed by Fed. R. Civ. P. 28.