# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| MEETRO-GOLDWYN-MAYER STUDIOS INC; et al.,<br><br>　　　Plaintiffs - Appellants,<br><br>　v.<br><br>GROKSTER LTD.; et al.,<br><br>　　　Defendants - Appellees,<br><br>　and<br><br>SHARMAN NETWORKS LIMITED; et al.,<br><br>　　　Defendants. | No.  03-55894<br>D.C. No. CV-01-08541-SVW<br><br>**JUDGMENT**<br><br> |
| JERRY LEIBER, individually d/b/a Jerry Leiber Music; et al.,<br><br>　　　Plaintiffs - Appellants,<br><br>　v.<br><br>CONSUMER EMPOWERMENT BV, aka Fasttrack; et al.,<br><br>　　　Defendants,<br><br>　and<br><br>GROKSTER LTD.; et al., | No.  03-55901<br>D.C. No. CV-01-09923-SVW<br><br>**JUDGMENT** |



1031.

|  |  |
|---|---|
| Defendants - Appellees. |  |

| | |
|---|---|
| MEETRO-GOLDWYN-MAYER STUDIOS INC; et al., | No. 03-56236<br>D.C. No. CV-01-08541-SVW |
| Plaintiffs - Appellants, | |
| v. | **JUDGMENT** |
| GROKSTER LTD.; et al., | |
| Defendants - Appellees. | |

ON REMAND FROM THE UNITED STATES SUPREME COURT

Appeal from the United States District Court for the Central District of California, Los Angeles.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REMANDED**.

Filed and entered 08/15/05



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
SEP 07 2005
by: Deputy Clerk